Leo STOLLER, Appellant,

v.

BEST DATA PRODUCTS, INC., Appellee,

v.

The Society for the Prevention of Trademark Abuse, LLC, Appellee.

No. 2010–1031.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2010.

Willmore F. Holbrow, III, Blakely, Sokoloff, Taylor & Zafman, Los Angeles, CA, for Appellee.

Leo Stoller, Oak Park, IL, pro se.

Lance G. Johnson, Roylance, Abrams, Berdo, Washington, DC, for Appellee.

ON MOTION

*ORDER*

Leo Stoller moves for an extension of time to file his opening brief.

The court notes that Stoller has not paid the docketing fee, which was due on January 28, 2010.

Accordingly,

IT IS ORDERED THAT:

(1) Stoller's appeal is dismissed for failure to pay the docketing fee.

(2) Stoller's motion for an extension of time is denied as moot.

(3) Each side shall bear its own costs.